# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SHERRI B. MEADE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. CIV-11-39-SPS** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| **Defendant.** | ) | |

## OPINION AND ORDER AWARDING
## ATTORNEYS' FEES TO THE PLAINTIFF UNDER THE EAJA

The Plaintiff was the prevailing party in this appeal of the Commissioner of the

Social Security Administration's decision denying benefits under the Social Security Act.

The Plaintiff seeks an award of attorneys' fees in the amount of $7,460.30 and costs in

the amount of $367.81 under the Equal Access to Justice Act, 28 U.S.C. § 2412.  The

Commissioner indicates that he has no objection to an award of attorneys' fees in the

amount of $7,460.30 and costs in the amount of $367.81 to the Plaintiff.

Upon review of the record herein, the Court finds that said amount is reasonable

and that the Commissioner should be ordered to pay it to the Plaintiff as the prevailing

party herein.  *See* 28 U.S.C. § 2412(d)(1)(A) ("Except as otherwise specifically provided

by statute, a court shall award to a prevailing party . . . fees and other expenses . . .

incurred by that party in any civil action [.]").  *See also Astrue v. Ratliff*, __ U.S. __, 130

S. Ct. 2521 (2010); *Manning v. Astrue*, 510 F.3d 1246, 1249-50 (10th Cir. 2007), *cert.*

*denied*, __ U.S. __, 129 S. Ct. 486, 172 L. Ed. 2d 355 (2008).

Accordingly, Plaintiff's Application for Award of Attorney's Fees and Expenses Under the Equal Access to Justice Act [Docket No. 23] is hereby GRANTED, and the Commissioner is hereby ordered to pay attorneys' fees in the amount of $7,460.30 and costs in the amount of $367.81 to the Plaintiff as the prevailing party herein.

**IT IS SO ORDERED** this 20th day of December, 2012.

_____

**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**